1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   MIGUEL MALDONADO-MARTINEZ

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) NO. Cr.S. 11-367-JAM
                                )
12           Plaintiff,         ) **STIPULATION AND ORDER;**
                                ) **CONTINUING STATUS CONFERENCE**
13      v.                      ) **AND EXCLUDING TIME**
                                )
14 MIGUEL MALDONADO-MARTINEZ,   ) Date: November 29, 2011
                                ) Time: 9:30 a.m.
15           Defendant.         ) Judge: Hon. John A. Mendez
   _____ )
16
        IT IS HEREBY STIPULATED by and between the parties hereto
17
   through their respective counsel, MICHELE BECKWITH, Assistant
18
   United States Attorney, attorney for Plaintiff, and COURTNEY
19
   FEIN, attorney for MIGUEL MALDONADO-MARTINEZ, that the status
20
   conference hearing date of November 15, 2011, be vacated, and
21
   the matter be set for status conference on November 29, 2011,
22
   at 9:30 a.m.
23
        The reason for this continuance is to allow defense
24
   counsel additional time to review the discovery, consult with
25
   her client, examine possible defenses, and continue
26
   investigating the facts of the case.
27
        Based upon the foregoing, the parties agree that the time
28

under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 29, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: November 8, 2011   Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for MIGUEL MALDONADO-MARTINEZ

DATED: November 8, 2011   BENJAMIN WAGNER
United States Attorney

/s/ Michele Beckwith
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 15, 2011, status conference hearing be continued to November 29, 2011, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the November 29, 2011 status conference shall be excluded from

computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: 11/8/2011  /s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge