DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
MIGUEL MALDONADO-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. Cr.S. 11-367-JAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER;** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| MIGUEL MALDONADO-MARTINEZ, ) | Date: January 3, 2012 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: Hon. John A. Mendez |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for MIGUEL MALDONADO-MARTINEZ, that the status conference hearing date of November 29, 2011, be vacated, and the matter be set for status conference on January 3, 2012, at 9:30 a.m.

The reason for the continuance is that the defendant needs more time to consider the government's plea agreement. Defense counsel believes that a change of plea is forthcoming.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of

signing of this order through and including January 3, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: November 18, 2011 Respectfully submitted,

        DANIEL J. BRODERICK
        Federal Public Defender

        /s/ Courtney Fein
        COURTNEY FEIN
        Assistant Federal Defender
        Designated Counsel for Service
        Attorney for MIGUEL MALDONADO-MARTINEZ

DATED: November 18, 2011 BENJAMIN WAGNER
        United States Attorney

        /s/ Michele Beckwith
        MICHELE BECKWITH
        Assistant U.S. Attorney
        Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 29, 2011, status conference hearing be continued to January 3, 2012, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the January

3, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: 11/18/2011  /s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge