DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
MIGUEL MALDONADO-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. Cr.S. 11-367-JAM |
| Plaintiff, | ) **STIPULATION AND ORDER;** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| MIGUEL MALDONADO-MARTINEZ, | ) Date: January 31, 2012 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for MIGUEL MALDONADO-MARTINEZ, that the status conference hearing date of January 10, 2012, be vacated, and the matter be set for status conference on January 31, 2012, at 9:30 a.m.

The reason for the continuance is that the defendant needs more time to consider the government's plea agreement. Defense counsel believes that a change of plea is forthcoming.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of

signing of this order through and including January 31, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:  January 9, 2012   Respectfully submitted,

                          DANIEL J. BRODERICK
                          Federal Public Defender

                          /s/ Courtney Fein
                          COURTNEY FEIN
                          Assistant Federal Defender
                          Designated Counsel for Service
                          Attorney for MIGUEL MALDONADO-MARTINEZ

DATED:  January 9, 2012   BENJAMIN WAGNER
                          United States Attorney

                          /s/ Michele Beckwith
                          MICHELE BECKWITH
                          Assistant U.S. Attorney
                          Attorney for Plaintiff

                          ORDER


    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 10, 2012, status conference hearing be continued to January 31, 2012, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including

the January 31, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: 1/9/2012                    /s/ John A. Mendez
                                   JOHN A. MENDEZ
                                   United States District Judge