| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | COURTNEY FEIN, #244785 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |

Attorneys for Defendant
MIGUEL MALDONADO-MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-CR-0367 JAM |
| | ) | |
| Plaintiff, | ) | ORDER TO SEAL EXHIBIT A TO THE SENTENCING MEMORANDUM AND DECLARATION OF COURTNEY D. FEIN |
| v. | ) | |
| MIGUEL MALDONADO-MARTINEZ, | ) | |
| | ) | Date: May 22, 2012 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. John A. Mendez |
| _____ | ) | |

IT IS HEREBY ORDERED that the Request to Seal be granted and that the document and the request to be filed under seal, permitting Assistant United States Attorney, Michele Beckwith and Probation Officer Lynda M. Moore access to these documents unless otherwise ordered by this Court at a later time.

DATED: 5/16/2012                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Court Judge

1